```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWN BUMPAS,                         :    CIVIL ACTION
                                      :    NO. 15-5450
          Petitioner,                 :
                                      :
     v.                               :
                                      :
MICHAEL ERLICH, et al.,               :
                                      :
                                      :
          Respondents.                :
                                      :
```

### O R D E R

**AND NOW**, this **24th** day of **March, 2017,** after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 15) and Petitioner having filed no objections thereto, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation (ECF No. 15) is **APPROVED** and **ADOPTED;**

(2) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE;**

(3) A certificate of appealability shall **NOT** issue; and

(4) The Clerk shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**